UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER ESHAGHIAN, | NO. CV 12-4312-SJO (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| CYNTHIA TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 9, 2014.

_____
S. JAMES OTERO
United States District Judge