UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NADER ESHAGHIAN,⁣ ) NO. CV 12-4312-SJO (AGR)

      Petitioner, )

         v. )

CYNTHIA TAMPKINS, Warden, ) ORDER ACCEPTING FINDINGS
) AND RECOMMENDATION OF
      Respondent. ) UNITED STATES MAGISTRATE
) JUDGE
)
)
)

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

       IT IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

December 5, 2014.

DATED: _____ _____
                                         S. JAMES OTERO
                             United States District Judge