UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER ESHAGHIAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA TAMPKINS, Warden,<br><br>　　　　Respondent. | NO. CV 12-4312-SJO (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 5, 2014

　　　　　　　　　　　　　　　　　　　_S. James Otero_
　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　United States District Judge